UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

John Peterson Janvier,

Plaintiff / Petitioner,

Case No.:_____

vs.

Florida Department of Agriculture
and Consumer Services Division of Licensing

Defendant / Respondent.
_____/

COMPLAINT / NOTICE OF APPEAL

COMES NOW, the Plaintiff, John Peterson Janvier, Concealed Weapon or Firearm License number: W245517, Pro Se and files this Complaint / Notice of Appeal, under the provision Second Amendment to the United States Constitution protects right to keep and bear arms. Application Concealed Weapon or Firearm license DENIED.- see attached documents date September 23, 2021, for the following reason(s):

1. The Charge/Offense ( Attempt to commit Carrying a Concealed Firearm ) 777.04 and 790.01(2)-1 is a Misdemeanor under Florida Law, and is eligible for Concealed Weapon or Firearm license under F.S.S 790.06.

2. Grounds for the Court's jurisdiction - see the Second Amendment to the United States Constitution protects right to keep and bear arms shall not be infringed.

3. The Untied State District Court Middle District of Florida Orlando Division, Federal Court's does have jurisdiction power over Concealed Weapon or Firearm Licence Rights Appeals, pursuant to the Second Amendment Rights.

4. I John Peterson Janvier, plaintiff is entitled to relief on the grounds the I never lost my Civil Rights on Date 09/28/2010 and 08/21/2015 in Orange County, Florida due to a prior criminal conviction, charge is a Misdemeanor and Under Florida Law ( Misdemeanor ) criminal convictions are eligible Concealed Weapon or Firearm Licence and Right to bear arms in the United States of America. ( See attached Court Order of Florida First District Court of Appeals **Granted**, John Peterson Janvier's

Motion to take Judicial Notice under section F.S.S 90.201, that the Conviction is a **<u>Misdemeanor</u>** and not a felony, for Disqualifying from holding an Concealed Weapon or Firearm Licence under Section 790.06(2)(m),F.S.S, and 18 USC 922(g)(1). Case Number:1D12-4663; John Peterson Janvier, *Appellant*, vs. Department of Agriculture and Consumer Services Division of Licensing. 40 other case(s)Arrests and Convictions with the same charge ( Attempt to commit carrying concealed firearm 777.04 and 790.01(2)-1) are listed as First Degree Misdemeanors. On June 22, 2010, Petitioner Entered a written **Plea of Not Guilty**.On August 11,2010, a Jury Acquitted and Found John Peterson Janvier Not Guilty of the initial offense ( Carrying Concealed Firearm F.S.S 790.01(2), See United States District Court Middle District of Florida; John Peterson Janvier vs. Frey Orlando Police Department case No.6-14-Cv-2028-Orl-31DAB *Report and Recommendation footnote by David A Baker United State Magistrate Judge " Plaintiff was arrested on a different charge (carrying a concealed Firearm),and **<u>was found Not Guilty of the Charge</u>**.*"

5. ( Attempt to commit Carrying a Concealed Firearm ) is Not listed in section F.S.S 921.0022 Criminal Punishment Code: offense severity ranking chart. As Felony Offenses.

6. I John Peterson Janvier demand the Federal Court's Order Florida Department of Agriculture and Consumer Services, 400 S Monroe St, Tallahassee,FL 32399 to Reinstate/ restore, John Peterson Janvier, Florida Concealed Weapon or Firearm License.

/s/ *[signature]*
Respectfully Submitted,
John Peterson Janvier
1915 Grand Isle cir Apt 631A
Orlando, FL 32810

## Certificate of Service

I certify that the foregoing was filed with the clerk of the Court this 29th day of Oct , 2024, by using hand delivery.