

DIVISION OF LICENSING

POST OFFICE BOX 5708
TALLAHASSEE, FLORIDA 32314-5708

## FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
### COMMISSIONER NICOLE "NIKKI" FRIED

September 23, 2021

Ref #: ▮▮▮▮▮▮





Dear Mr. J▮▮▮▮:

Our Division of Licensing has received criminal history information from law enforcement authorities that makes you ineligible for a Florida Concealed Weapon or Firearm license. As a result, your application for that license has been DENIED. The disqualifying criminal information is described on the following page.

You have the right to a hearing before this denial becomes final. In order to be granted a hearing you must complete the enclosed Election of Rights form and file it with the Division of Licensing within 26 days (21 days plus five days for mailing) of the date of this letter.

**Failure to file the Election of Rights form within the allotted time will be deemed a waiver of your right to a hearing, and this letter will become final agency action 26 days from this date.** If this letter becomes final agency action as described above, you may appeal by filing a Notice of Appeal pursuant to Rule 9.110, Florida Rules of Appellate Procedure, within 30 days of the date of final agency action.

**If you have any questions about this letter or the administrative action discussed herein, please call a representative in our License Issuance Section at (850) 245-5691.**

Division of Licensing
License Issuance
TELEPHONE: 850-245-5691
FAX: 850-245-5655

/rmb

Enclosure





## NOTICE OF DENIAL FOR DISQUALIFYING CRIMINAL HISTORY

### GROUNDS FOR DENIAL

**Failure to qualify under Section 790.06(2)(d), Florida Statutes**

CRIME:  ATTEMPT CARRYING A CONCEALED WEAPON

DATE OF COURT ACTION:  September 28, 2010

LOCATION:  Orange County Clerk of Court,FL

CASE NUMBER:  482009CF016416000AOX

NOTE:  This crime is a felony under state law.  There is no indication that you have had either your civil rights or your specific right to own, possess, or use a firearm restored.  You are therefore ineligible for licensure.  If you wish to obtain additional information regarding the restoration of civil and firearm rights, please contact The Office of Executive Clemency, Florida Parole Commission, 4070 Esplanade Way, Tallahassee, Florida  32399-2450, or telephone (850) 488-2952.

 John Janvier <zoe4life999@gmail.com>

## Issuance of License

2 messages

---

**Bienvenu, Staci** <Staci.Bienvenu@freshfromflorida.com>          Thu, Oct 13, 2016 at 4:41 PM
To: "zoe4life999@gmail.com" <zoe4life999@gmail.com>

    Mr. Janvier,

    This email is to give you written assurance that the Division is ready to issue your license, once the appellate court dismisses your appeal.  We can issue the license on the same day, but will have to put it in our regular mail, which could take take 7-10 days to reach you.

    Please let me know how you would like to proceed.

    Staci A. Bienvenu

    Senior Attorney

    Department of Agriculture and Consumer Services

    Division of Licensing

    (850) 245-5609

    (850) 245-5014 - fax

    Staci.Bienvenu@FreshFromFlorida.com

    *Please note that Florida has a broad public records law.  Most written communications to or from state employees are public records obtainable upon request.  E-mails sent to this address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.*

---

**John Janvier** <zoe4life999@gmail.com>          Tue, Oct 10, 2017 at 5:48 PM
To: "Bienvenu, Staci" <Staci.Bienvenu@freshfromflorida.com>

    On Oct 13, 2016 4:41 PM, "Bienvenu, Staci" <staci.bienvenu@freshfromflorida.com> **wrote:**

    Mr. Janvier,

# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

No. 1D2023-0674

J. P. J.,

     Appellant,

     v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,
DIVISION OF LICENSING,

     Appellee.

On appeal from the Department of Agriculture and Consumer Services.
Sean Garner, Director of Division of Licensing.

July 16, 2024

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

J.P.J., pro se, Appellant.

Leslie B. Fearington, Senior Attorney, Department of Agriculture and Consumer Services Division of Licensing, Tallahassee, for Appellee.

Filing # 203990112 E-Filed 08/04/2024 11:05:20 AM

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIRST DISTRICT

JOHN PETERSON JANVIER,
Petitioner,

CASE:1D2023-0674
**(Subject 119.07 PRR:Attempt Carrying a Concealed firearm F.S.S 777.04 and 790.01(2)-1)**

VS.

FLORIDA DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,DIVISION OF LICENSING.
Respondent

_____/

NOTICE OF FILING F.S.S 119.07 PUBLIC RECORDS REQUEST FREEDOM OF INFORMATION
ACT TO THE FIRST DISTRICT CLERK OF THE COURTS KRISTINA SAMUELS OFFICE

F.S.S 119.07 Public Records Request to The First District Appeals Clerk's of the Court Kristina Samuels Office.

F.S.S 119.07 Request Documentation copy(s) of Florida Supreme Court ( **JURY INSTRUCTIONS** ) that are prepared by the Florida Supreme Court Standard Jury Instructions for Charge Offense Crimes: **Attempt to commit Carrying a Concealed Firearm F.S.S 777.04 and F.S.S 790.01(2)** , the Charge Offense Crimes being used to Deny F.S.S 790.06 Application for a Concealed Weapon License by the Florida Department of Agriculture and Consumer Services. Request Documentation copy(s) of Florida Supreme Court ( **JURY INSTRUCTIONS** ) that are prepared by the Florida Supreme Court Standard Jury Instructions for Charge Offense Crimes: **Attempt to commit Carrying a Concealed Firearm F.S.S 777.04 and F.S.S 790.01(2)-1.**

PUBLIC RECORDS: Anything that is
'[M]ade or received pursuant to law or ordinance or in connection with transaction of official business of agency," Section 119.01 I, Fla. Stat., and Intended "to perpetuate, communicate, or formalize knowledge." Shevin v. Byron, Harless Schaffer, Reid & Assocs., Inc., 379 So. 2d 633 (Fla. 1980).

If you refuse to provide this information, Chapter 119 requires you advise me in writing and indicate the applicable exemption to the Public Records Act. Also, please state with particularity the reasons for your decision, as required by Section 119.07(2)(a). If the exemption you are claiming only applies to a portion of the records, please delete that

portion and provide photocopies of the remainder of the records, according to Section 119.07(2)(a).

I agree to pay the actual cost of duplication as defined in Section 119.07(1)(a). However, if you anticipate that in order to satisfy this request, "extensive use" of information technology resources or extensive clerical or supervisory assistance as defined in Section 119.07(1)(b) will be required, please provide a written estimate and justification.

I request these records be available by date 08/14/2024 If you have any questions or need more information in order to expedite this F.S.S119.07 request, please email me johnjanvier08@gmail.com

/S/

John Peterson Janvier
Respectfully Submitted
1915 Grand Isle Cir apt631A
Orlando, FL 32810

## CERTIFICATE OF SERVICE F.S.S 119.07 PUBLIC RECORDS REQUEST

I hereby certify that a true and correct copy of the foregoing has been furnished to the Clerk of Court and the Office of with The First District Appeals State Florida Clerk's of the Court Kristina Samuels Office , 2000 Drayton Drive Tallahassee, Florida 32399 And to Senior Attoreny Leslie Bovis Fearingtion, By Florida Courts E-Filing Portal; Email Leslie.Fearington@fdacs.gov, dated 08/04/2024



**DISTRICT COURT OF APPEAL**
**FIRST DISTRICT**
**STATE OF FLORIDA**
**2000 DRAYTON DRIVE**
**TALLAHASSEE, FLORIDA 32399-0950**
**(850) 488-6151**

KRISTINA SAMUELS                                                DANA SHARMAN

CLERK OF THE COURT                                          CHIEF DEPUTY CLERK

August 6, 2024

John P. Janvier
1915 Grand Isle Cir., Apt 631A
Orlando FL 32810

      RE:    J.P.J. v. Department of Agriculture and Consumer Services, etc.
              Case No.: 1D23-0674

Dear Mr. Janvier:

      In response to your public records request received July 31, 2024, the Clerk's Office of the First District Court of Appeal does not have any public records that are responsive to your requests in paragraphs 1, 2 and 4 of your letter.

      It is possible that my office has public records responsive to paragraph 3. It is possible that the First District has issued an opinion that defines or describes "Attempt to commit Carrying a Concealed Firearm" as used in Florida Statutes 777.04 and 790.01. I do not know if there are any such opinions. If you have case names or citations for the opinions in which you are interested, I could provide you with copies of those opinions free via the Appellate Case Information system or at the ordinary price for copies via email and mail. However, if you wish for my office to search our opinion databases for opinions on that topic, I will need to charge you for the review time. I estimate that the review would take 2 hours at a cost of $32.63 per hour.

      I hope this information is of assistance to you.

                            Sincerely yours,

                            *Kristina Samuels*

                            Kristina Samuels
                            Clerk of the Court

KS/ds



**DISTRICT COURT OF APPEAL**
**FIRST DISTRICT**
**STATE OF FLORIDA**
**2000 DRAYTON DRIVE**
**TALLAHASSEE, FLORIDA 32399-0950**
**(850) 488-6151**

KRISTINA SAMUELS                                                                      DANA SHARMAN

CLERK OF THE COURT                                                                   CHIEF DEPUTY CLERK

August 15, 2024

John P. Janvier
1915 Grand Isle Cir., Apt 631A
Orlando FL 32810

RE:    J.P.J. v. Department of Agriculture and Consumer Services, etc.
       Case No.: 1D23-0674

Dear Mr. Janvier:

In response to your public records request received August 4, 2024, the Clerk's Office of the First District Court of Appeal does not have any public records that are responsive to your requests.

I hope this information is of assistance to you.

Sincerely yours,

Kristina Samuels
Clerk of the Court

KS/ds

**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
**2000 Drayton Drive,**
**Tallahassee, Florida 32399-0950**
**Telephone No. (850) 488-6151**

September 9, 2024

| | |
|---|---|
| **Case Name:** | **J.P. J. v. Department of Agriculture and Consumer Services, Division of Licensing** |
| **Case No:** | **1D2023-0674** |
| **Trial Court No.:** | **.** |
| **Trial Court Judge:** | **Sean Garner** |

Dear Mr. Tomasino:

I hereby certify the attached Notice to Invoke Discretionary Jurisdiction/Notice of Appeal to the Supreme Court of Florida pursuant to Rule 9.120, Florida Rules of Appellate Procedure. Attached also is this Court's opinion or decision relevant to this case.

Petitioner/Appellant has been previously determined insolvent by the circuit court or our court.

If there are any questions regarding this matter, please do not hesitate to contact this Office.

Sincerely,



1D2023-0674 September 9, 2024
Kristina Samuels, Clerk
1D2023-0674 September 9, 2024

By: /s/ KS
Deputy Clerk

"Exhibit 2"



**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Office of Public Records

*Greg Slemp*
Office of the Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
Facsimile: 850-487-1705
*Greg.Slemp@myfloridalegal.com*

February 9, 2024

**VIA EMAIL**

John Peterson Janvier
1915 Grand Isle Cir Apt 631A
Orlando Florida 32810
(zoe4life999@gmail.com)

Dear Mr. Janvier:

This letter will serve to respond to your public records request for the following documents:

"[1] Request copies of Documentation with the Attorney General's Office
On (Attempt to commit Carrying a Concealed Firearm)
777.04 and 790.01(2) -1 Enacted / Effective Date: The column
identifies the Laws from the most recent legislative session that have or
will become effective on July 1, October 1. or January 1.
(Attempt to commit Carrying a Concealed Firearm) statutes 777.04
and 790.01(2) -1 enacted and Enforceable by The State of Florida
Attorney General's Office, the Date Enacted.[ Day ], [ Month ] , [year].

[2] Also Request a copy of the Documents displaying Exhibiting the
Rules(s) and Standard(s) of:
Attempt to commit Carrying a Concealed Firearm
Documents Public Record Request: Anything that is
'[M]ade or received pursuant to law or ordinance
or in connection with transaction of official
business of agency," Section 119.01 l, Fla. Stat.,
and Intended "to perpetuate, communicate, or
formalize knowledge." Shevin v. Byron, Harless
Schaffer, Reid & Assocs., Inc., 379 So. 2d 633 (Fla. 1980)."

As I understand your request number [1], our office does not have any responsive records.

As for request number [2], please see the definition in sections 777.04 and 790.01, Florida Statutes.
Further, this office does not keep records in the manner you are requesting. In addition, please note
that this office is not authorized to give legal advice to private individuals or entities.

As a reminder, you have an outstanding invoice with this office in the amount of **$11.52** for the labor involved in responding to a previous public records request you made to this office. This charge was communicated to you by letter on August 17, 2023.

Pursuant to Florida Public Records Act, section 119.07(4), Florida Statutes, please provide us with a check in the total amount of **$11.52** made payable to the Department of Legal Affairs and sent to my attention at the above-referenced address.

Thank you for the opportunity to assist you in this matter. In the event that you have any additional questions, please feel free to contact me directly at (850) 414-3300.

Sincerely,

*s/ Greg Slemp*

Greg Slemp

John Janvier <johnjanvier08@gmail.com>

# 119.07 PUBLIC RECORD REQUEST
5 messages

**John Janvier** <johnjanvier08@gmail.com>                                      Wed, Jul 31, 2024 at 12:54 PM
To: publicinformation@flcourts.org

    *119.07 Public Records Request to The Clerk's Florida Supreme Court.*

    1. Request Documentation on :
    Attempt to commit Carrying a Concealed Firearm) Statutes 777.04 and 790.01(2) -1

    ENACTED and Enforceable by The State of Florida, The Florida Supreme Court, the Date Enacted.[ Day ], [ Month ] ,
    [ year ] . Documents Public Record Request:
    777.04 and 790.01(2) -1 Enacted / Effective Date: The column identifies the Laws from the most recent legislative session
    that have or will become effective on July 1, October 1. or January 1.

    2. Request the Florida **Legislator bill Number** for the Offense Charge Crime
    ( Attempt to commit Carrying a Concealed Firearm ) F.S.S 777.04 and 790.01 (2)-1 Documentation with The Clerk's
    Florida Supreme Court.

    3. Request any copies of Documents that shows list the **Definition, Description** of
    Attempt to commit Carrying a Concealed Firearm F.S.S 777.04 and 790.01(2)-1 Documentation with The Clerk's Florida
    Supreme Court.

    4. Request any copies of Documents that shows if ( Attempt to commit Carrying a Concealed Firearm ) is a **Felony** or
    **Misdemeanor**, with The Clerk's Florida Supreme Court.

**Public Information** <publicinfo@flcourts.org>                                Wed, Jul 31, 2024 at 1:30 PM
To: John Janvier <johnjanvier08@gmail.com>, Public Information <publicinfo@flcourts.org>

    The Florida Supreme Court has no records responsive to your request.

    **From:** John Janvier <                    >
    **Sent:** Wednesday, July 31, 2024 12:54 PM
    **To:** Public Information <                    >
    **Subject:** 119.07 PUBLIC RECORD REQUEST

| **CAUTION** |
| --- |

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the
sender and know the content is safe.

[Quoted text hidden]



E-Copy Received
9/13/24 11:01 am

# Supreme Court of Florida

### FRIDAY, SEPTEMBER 13, 2024

| | | |
|---|---|---|
| J.P. J., | | **SC2024-1330** |
| | Petitioner(s) | Lower Tribunal No(s).: |
| v. | | 1D2023-0674 |
| Department of Agriculture and Consumer Services Division of Licensing, | | |
| | Respondent(s) | |

---

     Petitioner's Notice to Invoke Discretionary Jurisdiction, seeking review of the order or opinion issued by the 1st District Court of Appeal on July 16, 2024, is hereby dismissed. This Court lacks jurisdiction to review an unelaborated decision from a district court of appeal that is issued without opinion or explanation or that merely cites to an authority that is not a case pending review in, or reversed or quashed by, this Court. *See Wheeler v. State*, 296 So. 3d 895 (Fla. 2020); *Wells v. State*, 132 So. 3d 1110 (Fla. 2014); *Jackson v. State*, 926 So. 2d 1262 (Fla. 2006); *Gandy v. State*, 846 So. 2d 1141 (Fla. 2003); *Stallworth v. Moore*, 827 So. 2d 974 (Fla. 2002); *Harrison v. Hyster Co.*, 515 So. 2d 1279 (Fla. 1987); *Dodi Publ'g Co. v. Editorial Am. S.A.*, 385 So. 2d 1369 (Fla. 1980); *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

     No motion for rehearing or reinstatement will be entertained by the Court.


A True Copy
Test:

SC2024-1330 9/13/2024

John A. Tomasino
Clerk, Supreme Court



**CASE NO.:  SC2024-1330**
Page Two

SC2024-1330 9/13/2024

TD

Served:

DACS AGENCY CLERK
1DCA CLERK
LESLIE BOVIS FEARINGTON
SEAN GARNER
J.P. J.
JOHN ANTHONY RAYMAKER

Exhibit 4 11



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 17, 2024

JOHN PETERSON JANVIER
APARTMENT 631A
1915 GRAND ISLE CIRCLE
ORLANDO, FL 32810

FOIPA Request No.: NFP-162903
Subject: Florida Statutes
(Statutes 777.04 and 790.01(2)-1)

Dear John Janvier:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. Below you will find informational paragraphs relevant to your request. Please read each item carefully.

The FOIPA requires agencies to provide access to reasonably described, nonexempt records [Title 5, United States Code, Section 552(a)(3)(A)]. The information requested in the referenced letter is not considered a FOIPA request because it does not comply with the FOIPA and its regulations. Therefore, your request is being administratively closed for one or more of the following reasons:

☐ The FOIPA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data.

☐ Your request is too vague as it does not comply with the requirements of 28 CFR § 16.3(b). Your request lacks specificity; and therefore, the FBI cannot reasonably locate records with a "reasonable amount of effort."

☐ Your request is overly broad as it contains an overly long, indefinite, no date range or specific identifiers, and/or uses unexplained or unidentified terms and acronyms. Your request does not provide sufficient details to enable FBI personnel to locate potentially responsive records with a "reasonable amount of effort;" and therefore, we were unable to conduct a search of the Central Records System as your request does not comply with the requirements of 28 CFR § 16.3(b).

☒ Your request seeks information that does not fall under the purview of the FOIPA. The information requested in the referenced letter is not considered a FOIPA request because it does not comply with the requirements of 28 CFR § 16.3(b).

Examples of specific information which could assist in locating potentially responsive records within a reasonable amount of effort are as follows:

- Individuals
  - Complete name
  - Birth date
  - Place of birth
  - Place of death
  - Date of death
  - Date and location of incident

- Organizations or Events
  - Date of event
  - Time frame
  - Location

For questions on how to reasonably describe your request, please email us at foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request. Additional information about the FOIPA can be found at www.fbi.gov/foia.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIRST DISTRICT

JOHN PETERSON JANVIER,                    CASE NO: 1D12-4663
        APPELLANT,                        L.T.NO:CW201001310

        V.

DEPARTMENT OF AGRICULTURE
AND CONSUMER, ETC., ET AL.
        APPELLEE.

## MOTION TO REQUEST JUDICIAL NOTICE

APPELLANT, RESPECTFULLY REQUEST THIS COURT TAKE JUDICIAL NOTICE OF

SECTION 790.53(3), FLORIDA STATUTES, OPEN CARRY OF WEAPONS,- AND

SECTION 777.04(5)(A), FLORIDA STATUTES, PURSUANT TO SECTION

90.201(1),(2),(3), FLORIDA STATUTES AND SECTION 90.202(6),(11), AND

(12), FLORIDA STATUTES. THE OFFENSE OF WHICH APPELLANT WAS

CONVICTED DOES NOT DISQUALIFIES HIM FROM HOLDING A CONCEALED

WEAPON LICENSE. ATTEMPT/FAILED TO COMMIT CARRYING A CONCEALED

FIREARM IS [OPEN CARRY OF FIREARM/WEAPON] A MISDEMEANOR.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
2152 RIDGE DR.
WINTER PARK, FLORIDA 32792-1832
(407)394-7700

J.2.2017 J IJ PR. FILED IN O  FIGL IF PART.  J. RUSSELL CLERK OF CIRCU I COURT ORANGE COTE

### DISTRICT COURT OF APPEAL, FIRST DISTRICT
### 2000 Drayton Drive
### Tallahassee, Florida 32399-0950
### Telephone No. (850)488-6151

April 03, 2013

**CASE NO.: 1D12-4663**
L.T. No.: CW201001310

John Peterson Janvier      v.      Department of Agriculture and
Consumer, etc., et al

Appellant / Petitioner(s),      Appellee / Respondent(s)

**BY ORDER OF THE COURT:**

Appellant's motion filed March 6, 2013, for rehearing is denied.

Appellant's motion filed March 13, 2013, to request judicial notice is granted.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

John R. Perry      John Peterson Janvier

jm

JON S. WHEELER, CLERK







**CERTIFICATION**

STATE OF FLORIDA )
COUNTY OF ORANGE )

    I, Stephanie Herdocia, City Clerk, City of Orlando, Florida, hereby certify that the following is a true and correct response from the Police Department of the City of Orlando related to Public Records Request 23-10248:

    "No responsive records." [Request copy of documents that shows the Definition and the Degree level Felony or misdemeanor? Orlando Police Department Arrest charge ( Attempt to commit Carrying a Concealed Firearm) 777.04 and 790.01( 2)-]

Given under my hand and the corporate seal of the City of Orlando, Florida, affixed this 15th day of September 2023.

_Smh_
Stephanie Herdocia, City Clerk

 **Gmail**

John Janvier <johnjanvier08@gmail.com>

---

## 2009CF016416-A : Public Records Request Fwd: Prior versions, SJI Florida Bar
2 messages

---

**John Janvier <johnjanvier08@gmail.com>**    Sun, Aug 25, 2024 at 9:45 AM
To: admin@mediatefirstinc.com

---------- Forwarded message ----------
From: **John Janvier** <johnjanvier08@gmail.com>
Date: Fri, Aug 9, 2024, 8:11 PM
Subject: Public Records Request Fwd: Prior versions, SJI Florida Bar
To: <ctllccs1@ocnjcc.org>

---------- Forwarded message ----------
From: **Bart Schneider** <schneidb@flcourts.org>
Date: Tue, Aug 6, 2024, 1:40 PM
Subject: RE: Prior versions, SJI
To: John Janvier <johnjanvier08@gmail.com>

Mr. Javier-

There have never been any separate instructions for conspiracy or attempt to commit 790.01.

I've attached the current version of the instruction for 790.01.

If you look at the very bottom, you can see that the instruction has been amended a number of times.

Is there a particular date you need?

(The date that controls for a criminal case is the date that the alleged crime occurred.)

-Bart

> Bart Schneider
> Senior Attorney
> Office of the State
> Court Administrator
> Ph: 407-463-1333