**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN PETERSON JANVIER,

      Plaintiff,

v.   Case No:   6:24-cv-1949-LHP

FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER
SERVICES DIVISION OF
LICENSING,

      Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court following a preliminary pretrial conference under the IDEAL program. *See* Doc. Nos. 12, 31, 33. As discussed with the parties at the conference, it is **ORDERED** as follows:

1. Within **fourteen (14) days** of the date of this Order, Plaintiff may file a supplemental response to Defendant's motion to dismiss (Doc. No. 15). The supplemental response shall not exceed **twenty (20) pages** in length, excluding exhibits.

2. Within **seven (7) days** of the filing of Plaintiff's supplemental response, Defendant may file a reply, not to exceed **seven (7) pages** in length.

3. All remaining aspects of this case, including discovery, are hereby **STAYED** pending resolution of the motion to dismiss and until further Order of the Court. Upon resolution of the motion to dismiss, the Court will set this matter for further proceedings, as appropriate.

4. Plaintiff's request to receive case notifications via email, *see* Doc. No. 32, is **GRANTED**. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023).[1] The **Clerk of Court** is directed to add Plaintiff's email address, johnjanvier08@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings. The **Clerk of Court** shall also ensure that Plaintiff receives a Notice of Electronic Filing with regard to this Order.

5. Plaintiff consents to service by email of all court documents going forward from Defendant. *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

---

[1] This Order authorizes receipt of Court filings by email alone. Plaintiff may submit his filings online through the Court's web portal, *see Moore*, 2023 WL 4947933, at *1, or to the Clerk's office by mail.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties